UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-30356 |
|   Paul E. Bonfiglio | ) | Chapter 13 |
|   Pamela S. Bonfiglio | ) | Judge John P. Gustafson |
|      Debtors | ) | <u>OBJECTION TO AMENDED PROOF OF CLAIM OF CREDITOR, THE OHIO DEPARTMENT OF TAXATION</u> |

\* \* \* \* \*

Now come the Debtors, Paul E. Bonfiglio and Pamela S. Bonfiglio, by and through their counsel, Gordon R. Barry, and hereby object to the amended proof of claim filed by The Ohio Department of Taxation, Claim No. 3-3, on August 20, 2018, in the amount of $8,708.00. The amended proof of claim's attachments are the same as the original Claim No. 3, which we previously objected to. On August 10, 2018, they amended the proof of claim to $1,800.74, and on August 17, 2018, we withdrew our objection.

WHEREFORE, Debtors pray that the amended proof of claim of The Ohio Department of Taxation be allowed at $1,800.74.

Respectfully submitted,

/s/ Gordon R.Barry
Gordon R. Barry (0010883)
Attorney for Debtors
420 Madison Avenue, Suite 1010
Toledo, Ohio 43604
(419) 241-6285
(419) 241-8003 (Facsimile)
grb1@accesstoledo.com

## CERTIFICATE OF SERVICE

I certify that on August 30, 2018, a true and correct copy of Debtors' Objection to Amended Proof of Claim of Creditor, The Ohio Department of Taxation was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Patricia L. Johnson, on behalf of SRP 2012-4 LLC, at
        bankruptcies@gernerlaw.com

    Thomas J. Kelley, on behalf of Directions Credit Union, at
        tkelley@ccw-law.com

    Office of the United States Trustee at ustp.region09@usdoj.gov

    Michael David Stultz, on behalf of Ohio Department of Taxation,
       at gtr@meyerkerschner.com

    Matthew Adam Taulbee, on behalf of SRP 2012-4 LLC, at
        mtaulbee@gernerlaw.com

    Elizabeth A. Vaughan, on behalf of the Chapter 13 Trustee's office, at
        13ECFNotices@chapter13toledo.com

And by regular U.S. mail, postage prepaid, on:

    Paul & Pamela Bonfiglio, Debtors, 2452 Westbrook Dr., Toledo,
       Ohio 43613
    Ohio Department of Taxation, Bankruptcy Division, Creditor, PO Box
       530, Columbus, Ohio 43216
    Ohio Attorney General, 150 E. Gay St., 21st Floor, Columbus, Ohio 43215

                /s/ Gordon R. Barry
                Gordon R. Barry (0010883)
                Attorney for Debtors
                420 Madison Avenue, Suite 1010
                Toledo, Ohio 43604
                (419) 241-6285
                (419) 241-8003 (Facsimile)
                grb1@accesstoledo.com